UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PAUL DIXON LEWIS, | Case No. 3:19-cv-00437-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SCOTT DAVIS, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Paul Lewis filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 6.) Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 23), recommending that this action be dismissed with prejudice and that Defendants' motion for summary judgment (ECF No. 18) be denied as moot. Lewis had until November 16, 2021, to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts Judge Cobb's R&R and will dismiss this action.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate judge's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

///

     Because there is no objection, the Court need not conduct *de novo* review, and is satisfied Judge Cobb did not clearly err. Here, Judge Cobb recommends that this action be dismissed for failure to prosecute or comply with rules or a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (ECF No. 23 at 2-3.) Despite the Court giving Lewis an opportunity to prosecute this action, Lewis has failed to indicate an intent to do so. (*Id.*) The Court agrees with Judge Cobb. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

     It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 23) is accepted and adopted in full.

     It is further ordered that this action is dismissed with prejudice. Dismissal is based on Plaintiff Paul Lewis's failure to prosecute or comply with rules or a court order pursuant to Fed. R. Civ. P. 41(b).

     It is further ordered that Defendants' motion for summary judgment (ECF No. 18) is denied as moot.

     The Clerk of Court is directed to enter judgment accordingly and to close this case.

     DATED THIS 22nd Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE